UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/3/2025_____

ANTONY MONTERO,

                Plaintiff,

       -v-

CITY OF NEW YORK, ET AL.,

             Defendants.

**ORDER**

25-CV-2482 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motions dated September 2 and 3, 2025, Plaintiff moved for various discovery relief, including a preservation order, expedited discovery, and sanctions. ECF Nos. 36, 39. For the reasons discussed during today's conference, Plaintiff's letter motions are **DENIED**.

Plaintiff's request for expedited discovery is denied because Plaintiff has not made a sufficient showing that there is good cause for expedited discovery in this case. Plaintiff's request for a preservation order is denied because Plaintiff has not demonstrated that any evidence is in danger absent such an order. Plaintiff's requests for a 30(b)(6) deposition and for an adverse inference are denied as premature, without prejudice to renewal upon a further showing.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 36 and 39 as **DENIED**.

**SO ORDERED.**

Dated: October 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge