**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ANTONY MONTERO,

                          Plaintiff,

        -against-                                  25 **CIVIL** 02482  (JLR)

                                                  **JUDGMENT**

CITY OF NEW YORK; LISA JONES, HR
Director, individually and in official capacity;
SHANEKA MCKELLAR, EEO Officer,
individually and in official capacity, R.
CAMPION, Commissioner, individually and
in official capacity, CLAIRE CAMMARATA,
Director, individually and in official capacity,
and WALTRA MONTGOMERY, Director
Supervisor, individually and in official
capacity,

                          Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, Defendants motion to dismiss is GRANTED. Counts III, IV, V, VI, and VII are dismissed with prejudice. Count X is dismissed with prejudice to the extent that it seeks relief under HIPAA. Count XI is dismissed with prejudice to the extent that the claims seek relief under NYLL § 593(3) and the Fourteenth Amendment. The remaining claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

March 31, 2026

TAMMI M. HELLWIG

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**